## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CASE NO. 4:02CR88 |
| CURTIS DEWIGHT NELSON | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order.

Since the issuance of the report of the United States Magistrate Judge, Defendant has waived his right to file written objections to the report and his right to allocute before this court. *See* Dkt. 549. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is therefore **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the

1

Bureau of Prisons to be imprisoned for a term of eleven (11) months, with no supervised release to follow.

The court further recommends that Defendant serve his term of imprisonment at the Bureau of Prisons institution located in Seagoville, Texas, if appropriate and available.

**IT IS SO ORDERED.**

**SIGNED this the 14th day of July, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE